■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTINE MARIANO, Appellant. — Judgment unanimously affirmed. Counsel's application to withdraw granted (see *People v Crawford,* 71 AD2d 38). (Appeal from judgment of Onondaga County Court, Burke, J. — attempted forgery, second degree.) Present — Dillon, P. J., Simons, Doerr, Boomer and Schnepp, JJ.

■ In the Matter of FABIUS-POMPEY CENTRAL SCHOOL DISTRICT, Appellant, v FABIUS-POMPEY EDUCATION ASSOCIATION, Respondent. — Order unanimously affirmed, with costs (see *Matter of Board of Educ. [Middle Is. Teachers Assn.],* 50 NY2d 426). (Appeal from order of Supreme Court, Onondaga County, Stone, J. — arbitration.) Present — Dillon, P. J., Simons, Doerr, Boomer and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM RIVES, Appellant. — Judgment unanimously modified and, as modified, affirmed, in accordance with the following memorandum: The People agree that at the taking of the pleas the court promised that it would sentence defendant to one and one-half to three years on his plea to criminal possession of stolen property, second degree, and that the court's subsequent sentencing on that charge of two to four years was inadvertent error. We therefore modify the sentence on that charge from two to four years to one and one-half to three years to run concurrently with the sentence of four to eight years on the conviction of attempted robbery, first degree (see *People v Selikoff,* 35 NY2d 227, 241, cert den 419 US 1122, citing *Santobello v New York,* 404 US 257, 260). There is no merit to the other points raised on appeal. (Appeal from judgment of Onondaga County Court, Gale, J. — attempted robbery, first degree and another offense.) Present — Simons, J. P., Hancock, Jr., Callahan, Denman and Moule, JJ.